Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff David Morales - Sandoval

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MORALES - SANDOVAL,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-01013-BNW<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff David Morales - Sandoval and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from August 28, 2024 to September 30, 2024, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules

for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: August 28, 2024     Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                             /s/ *Marc V. Kalagian*[1]
              BY: _____
                    Marc V. Kalagian
                    Attorney for plaintiff David Morales - Sandoval

DATE: August 28, 2024     JASON M. FRIERSON
                                     United States Attorney

                             /s/ *Franco L. Becia*

              BY: _____

                    Franco L. Becia
                    Special Assistant United States Attorney
                    |*authorized by e-mail|

**ORDER**

DATE: 8/29/2024

IT IS SO ORDERED:     *[signature]*
                               THE HONORABLE BRENDA WEKSLER
                               UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1
2

**CERTIFICATE OF SERVICE**

**FOR CASE NUMBER 2:24-CV-01013-BNW**

3
4
5

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 28, 2024.

6
7

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

8
9
10
11

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

-3-