1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.:  (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook and Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail:  MRobles@shookandstone.com

10  Attorneys for Plaintiff David  Morales-Sandoval

11

12                    **UNITED STATES DISTRICT COURT**

13                          **DISTRICT OF NEVADA**

14

15  DAVID MORALES-SANDOVAL,            )  Case No.:  2:24-cv-01013-BNW
16                                     )
                                       )  STIPULATION TO EXTEND TIME
17              Plaintiff,             )  OF TIME TO FILE PLAINTIFF'S
                                       )  BRIEF AND [PROPOSED] ORDER
18       vs.                           )
                                       )  (SECOND REQUEST)
19  MARTIN O'MALLEY,                   )
    Commissioner of Social Security,   )
20                                     )
                Defendant.             )
21                                     )
                                       )
22  _____  )

23        Plaintiff David Morales - Sandoval and Martin O'Malley, Commissioner of

24  Social Security, through their undersigned attorneys, stipulate, subject to this

25  Court's approval, to extend the time from September 30 to October 3, 2024, for

26  Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for

                                     -1-

1   Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil

2   Procedure extended accordingly. This is Plaintiff's second request for an extension.

3   This request is made at the request of Plaintiff's associate counsel fell ill over the

4   weekend and continues to have stomach flu symptoms that should resolve in two to

5   three more days.

6   DATE: September 30, 2024  Respectfully submitted,

7                                                     LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

8                                                                /s/  *Marc V. Kalagian*

9                                       BY: _____
                                              Marc V. Kalagian
10                                            Attorney for plaintiff David Morales-Sandoval

11  DATE: September 30, 2024          JASON M. FRIERSON
                                              United States Attorney

12

13

14                                                           /s/ *Franco L. Becia*

15                                      BY: _____

16                                            Franco L. Becia
                                              Special Assistant United States Attorney
17                                            |*authorized by e-mail|

18                                                    **ORDER**

19  DATE:  10/1/2024

20  IT IS SO ORDERED:

21                                            THE HONORABLE BRENDA WEKSLER
22                                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26

-2-

**CERTIFICATE OF SERVICE**

**FOR CASE NUMBER 2:24-CV-01013-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 30, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____