```
1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709

3  DAVID PRIDDY, ILSBN 6313767
   Special Assistant United States Attorney
4  Office of the General Counsel
   Social Security Administration
5  6401 Security Boulevard
   Baltimore, Maryland 21235
6  Telephone: (510) 970-4801
   Facsimile: (415) 744-0134
7  E-Mail: David.Priddy@ssa.gov

8  Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MORALES-SANDOVAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 2:24-cv-01013-BNW<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: November 1, 2024          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on November 1, 2024)
Attorney for Plaintiff

Dated: November 1, 2024          Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: 11/4/2024

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Leonard Stone
Shook & Stone, Chtd.
710 S. Fourth Street
Las Vegas, NV 89101
702-385-2220
Email: lstone@shookandstone.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-8868
Email: marc.kalagian@rksslaw.com

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 1, 2024

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney